IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

VINCENT HUSSEY                                                                                    PLAINTIFF
ADC #109212

V.                                        NO.  5:04CV00034 JWC

CHARLOTTE GREEN, et al                                                                    DEFENDANTS

ORDER

This 42 U.S.C. § 1983 case appears ready to set for trial.  Plaintiff, an indigent prisoner, has made a timely jury demand (see docket entries #25, #44), and he has stated a colorable claim for relief.  See Estelle v. Gamble, 429 U.S. 97 (1976) (deliberate indifference to prisoner's serious medical needs violates the Eighth Amendment). Accordingly, the assistance of counsel would be beneficial to Plaintiff and to the Court.

Pursuant to 28 U.S.C. § 1915(e)(1) and Local Rule 83.7, John F. Gibson, Jr. (Attorney ID No. 66021), P.O. Box 573, Monticello, Arkansas 71655-0573 (telephone no. 870-367-9792), is hereby appointed to represent Plaintiff in all further proceedings in this action.

The Clerk of Court is directed to send counsel and Plaintiff a copy of this Order. Counsel is directed to access and review Local Rule 83.7 regarding appointment of counsel, and Local Rule 83.6 regarding reimbursement of out-of-pocket expenses, through the Court's web site (www.are.uscourts.gov).[1]

---

[1] After reviewing Local Rule 83.7, counsel may obtain the case file from the Court's PACER system, which may be accessed by registering through the Court's web site.  Pleadings may be viewed and printed at a cost of eight cents (8¢) per page.  If counsel is unable to access this system, within fifteen days of this order's entry date he should contact Donna Jackson, Deputy Clerk, at 501-604-5204, and a printed copy of the file will be mailed at no cost.

**Plaintiff must keep counsel informed of any changes in address, maintain contact with counsel, and cooperate fully with counsel in preparation of the case. Failing to do so may result in the dismissal of Plaintiff's case with prejudice for failure to comply with the Court's orders.**

This case will be set for trial by separate order.

IT IS SO ORDERED this 25th day of October, 2005.

_____
UNITED STATES MAGISTRATE JUDGE